**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90071
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ZHANG XUDONG, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN BRADFORD FLECKE, an individual, HUNG ERN TOH, an individual; BARR CONSULTING AND HOLDINGS, INC., a California corporation; BARR HOLDINGS, LLC, a Nevada Limited Liability Company; DOES 1-10 <br><br> Defendants. | CASE NO. 2:17cv02876 CAS(RAOx) <br><br> AMENDED [~~PROPOSED~~] JUDGMENT |

Plaintiff Zhang Xudong's Motion For Default Judgment against Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. came on for hearing on April 1, 2019. Plaintiff Zhang Xudong appeared though its counsel, Rachel T. Gezerseh of Liang Ly LLP; Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. did not appear.

After full consideration of the evidence and arguments set forth in the papers submitted, good cause appearing, and pursuant to Rules 55(a) and (b) of the Federal Rules of Civil Procedure and Rules 55-1, and 55-2 of the Central

District of California Local Rules, the Court hereby enters judgment in favor of Plaintiff Zhang Xudong and against Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc., jointly and severally, as follows:

Defendants Hung Ern Toh, Barr Holdings, LLC and Barr Consulting & Holdings, Inc. are adjudged liable for fraud; and

The Court awards to Plaintiff Zhang Xudong damages in the amount of $261,072.90, which consists of $259,780.00 in compensatory damages and costs in the amount of $1292.90, as well as post-judgment interest from the date of entry of the Judgment until paid.

**IT IS SO ORDERED.**

Dated: __April 17, 2019_____

*Christina A. Snyder*

Hon. Christina A. Snyder
United States District Court Judge

-1-
**AMENDED [PROPOSED] JUDGMENT**